UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMEEM SAYED,

Plaintiff,

– *against* –

COSTCO WHOLESALE CORPORATION,
and COSTCO WHOLESALE
MEMBERSHIP, INC.,

Defendants.

**ORDER**

20 Civ. 4764 (ER) (OTW)

Ramos, D.J.:

The Court having been advised that the parties have reached a settlement in principle, it is ORDERED that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

**Any application to reopen must be filed within sixty (60) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next sixty (60) days with a request that the agreement be "so ordered" by the Court.

It is SO ORDERED.

Dated: June 1, 2021
New York, New York

_____

EDGARDO RAMOS, U.S.D.J.